# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINIOIS
# EASTERN DIVISION

| | |
|---|---|
| **QUIANA GRAY,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**ABP CORPORATION d/b/a AU BON PAIN,**<br><br>　　　　　Defendant. | No. 1:20-cv-06341<br><br>Honorable Edmund E. Chang |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court's Order dated June 10, 2021 (Dkt. No. 15), the Parties, through their undersigned attorneys, hereby stipulate that all claims in this matter are dismissed without prejudice, with leave to reinstate on or before August 23, 2021, on which date the dismissal shall be with prejudice, with the Parties to bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated: June 23, 2021<br>**QUIANA GRAY** | Respectfully submitted,<br>**ABP CORPORATION d/b/a AU BON PAIN** |
| By: 　/s/ *Shawn Barnett* (with consent)<br>　　　One of her Attorneys | By: 　/s/ *Kendell Coates*<br>　　　One of its Attorneys |
| 　　　Shawn W. Barnett<br>　　　Hale & Monico, LLC<br>　　　53 W. Jackson Blvd, Suite 337<br>　　　Chicago, IL 60604<br>　　　312-870-6905<br>　　　sbarnett@halemonico.com | 　　　Kathryn E. Siegel<br>　　　Kendell R. Coates<br>　　　LITTLER MENDELSON, P.C.<br>　　　321 North Clark Street, Suite 1100<br>　　　Chicago, IL  60654<br>　　　312.372.5520<br>　　　ksiegel@littler.com<br>　　　kcoates@littler.com |

## **CERTIFICATE OF SERVICE**

I, **Kendell R. Coates**, an attorney, hereby certifies that on June 23, 2021, I caused to be filed the foregoing ***STIPULATION OF DISMISSAL*** with the Clerk of Court using CM/ECF system, which sent notification of such filing to the following counsel of record for Plaintiff:

**Shawn W. Barnett**
Hale & Monico, LLC.
53 W. Jackson Blvd., Suite 337
Chicago, IL 60604
sbarnett@halemonico.com

                                                   /s/ *Kendell Coates*
                                                   Kendell Coates