# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Quiana Gray

      Plaintiff,

v.                 Case No.: 1:20–cv–06341
                 Honorable Edmond E. Chang

ABP Corporation

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 23, 2021:

  MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the stipulated dismissal, R. 16, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 08/23/2021. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court, each side to bear its own fees and costs. Status hearing of 06/25/2021 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.